In the Matter of the Rehabilitation of LAWYERS WESTCHESTER MORTGAGE AND TITLE COMPANY.

SARAH E. MACHIN et al., as Administratrices with the Will Annexed of AARON MACHIN, Deceased, Appellants; LOUIS H. PINK, Superintendent of Insurance, as Liquidator of LAWYERS WESTCHESTER MORTGAGE AND TITLE COMPANY, Respondent.

(Argued October 1, 1936; decided October 20, 1936.)

*Ralph Earl Prime, Jr.*, and *A. J. Prime* for appellants.
*Joseph Lapidus, Jess H. Rosenberg* and *Harry Rodwin* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.